UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IN RE:                                                                 Case No. 23-20107-dob
                                                                       Chapter 13 Bankruptcy
DAVID MARK MOOK                                                        Hon. Daniel Opperman

Debtor.
_____ /

### ORDER GRANTING DEBTOR'S MOTION SEEKING COURT AUTHORITY TO SELL THE PROPERTY LOCATED AT 612 E. MIDLAND STREET, BAY CITY, MI 48706

The Chapter 13 debtor, David Mark Mook, having complied with 11 U.S.C. §363(b), Bankruptcy Rules 2002 and 6004, and with L.B.R. 6004-1 (E.D.M.), and having filed a motion requesting Court authority to sell the real property located at 612 East Midland Street, Bay City, MI 48706 to Nishan Singh and Danielle Gill, and a twenty one (21) day notice and opportunity for hearing having been mailed out to all creditors and interested parties, and no timely objection having been filed to the motion as appears from the Certification of No Objections which has been filed with the Court, or if a timely objection was filed it now being fully resolved;

**IT IS ORDERED** that the Chapter 13 debtor is authorized to sell the real property located at 612 East Midland Street, Bay City, MI 48706 to Nishan Singh and Danielle Gill, pursuant to the terms and condition set forth in debtor's motion brought pursuant to 11 U.S.C. § 363 and the debtor's motion is approved;

**IT IS FURTHER ORDERED** that the debtor is authorized to execute any and all documents including deed, closing documents, and such other documents and papers necessary to effectuate the sale of 612 East Midland Street, Bay City, MI 48706 to Nishan Singh and Danielle Gill;

1

**IT IS FURTHER ORDERED** the 14-day stay pursuant to F.R.Bankr.P. 6004(h) is waived;

**IT IS FURTHER ORDERED** that the debtor David Mark Mook shall be paid $13,212.81 at the closing of the sale;

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee, Thomas McDonald, shall be paid the remainder of the net sale proceeds;

**IT IS FURTHER ORDERED** that this Order shall expire after 90 days.

**Signed on December 5, 2023**



/s/ Daniel S. Opperman

**Daniel S. Opperman**
**United States Bankruptcy Judge**